UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUDE MARTIN LINAREZ,

                Petitioner,

v.

RON HAYNES,

                Respondent.

Case No. 3:17-cv-06086-RBL-TLF

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and orders:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's 28 U.S.C. § 2254 petition (Dkt. 1-1) is **DISMISSED WITHOUT PREJUDICE AS A SECOND OR SUCCESSIVE PETITION**

(3)     The certificate of appealability is **DENIED**.

(4)     Petitioner's application for *in forma pauperis* status (Dkt. 1) is **DENIED** as moot.

(5)     The Clerk is directed to send a copy of this Order to Petitioner, along with copies of the Ninth Circuit Court of Appeals Form 12 – Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254 or Motion Under 28 U.S.C. § 225 and Ninth Circuit Rule 22-3, **AND TO ADMINISTRATIVELY CLOSE THIS FILE**.

DATED this 30th day of April, 2018.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1